UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAIM SARWAR | ) |
| | ) |
| v. | ) CIVIL NO. 1:21-cv-00051-GZS |
| | ) |
| BILKISH Z. MALEK | ) |

### ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendant.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than 14 days from today why such service was not timely made, failing which the complaint shall be dismissed.

GEORGE Z. SINGAL
United States District Judge

By: /s/ Lindsey Tully
Deputy Clerk

Dated this 13th day of May, 2021.