UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAIM SARWAR,<br><br>      Plaintiff<br><br>v.<br><br>BILKISH MALEK,<br><br>      Defendant | Case No. 1:21-cv-00051-GZS |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and stipulate to the dismissal of this action in its entirety, including all claims by all parties, with prejudice and without costs.

Date: August 20, 2021     /s/ Daniel G. Ruggiero, Esq.
                          Daniel G. Ruggiero
                          Attorney for Plaintiff Saim Sarwar

Date: August 20, 2021     /s/ Elizabeth G. Stouder
                          Elizabeth G. Stouder
                          Attorney for Defendant Bilkish Malek